IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:13-cr-147-DPM-2

STEVEN SEAN PILE                                            DEFENDANT

## ORDER

The Court appreciates the United States' brief about the bill of particulars, № 31. The Court is not convinced. All the authorities cited involve a general allegation in an indictment that is particularized by a later bill. That is not this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 October 2013